■ In the Matter of ANTHONY B., a Child Alleged to be Neglected. NICOLE B., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent. [28 NYS3d 596]—

Order of disposition, Family Court, New York County (Clark V. Richardson, J.), entered on or about April 9, 2015, to the extent it brings up for review a fact-finding order, same court and Judge, entered on or about August 1, 2014, which found that respondent mother had neglected the subject child, unanimously affirmed, without costs.

The finding of neglect was supported by a preponderance of the evidence (*see* Family Ct Act § 1046 [b] [i]). The unemployed mother moved out of her parents' stable home to live in a shelter with her child, then two years old, because she did not want to abide by house rules. She was only able to qualify for shelter placement by obtaining an order of protection against her mother on false grounds, but the shelter later discharged her due to her failure to comply with its rules. For at least a week thereafter, instead of returning to her parents' home, she spent nights with the child riding on subway trains and at the home of a friend, whose last name and address she could not

provide. Upon the mother and the child's return to her parents' home, the child's maternal grandfather observed that the child looked "pale," not "well taken care of," and "hungry." Under the circumstances, the child's physical and mental condition was in imminent danger of becoming impaired as a result of his mother's failure to provide adequate shelter (*see* Family Ct Act § 1012 [f] [i] [A]; *Matter of Alexander L. [Andrea L.]*, 99 AD3d 599, 599 [1st Dept 2012], *lv denied* 20 NY3d 856 [2013]). Concur—Sweeny, J.P., Renwick, Saxe, Gische and Kahn, JJ.